| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Copenhaver, Jr., John T. | U.S.D.C. S.D. W.Va. | 09/08/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final | 01/01/2013 to 12/31/2013 |
| | 5b. ☑ Amended Report | |

**7. Chambers or Office Address**

P.O. Box 2546
Charleston, WV 25329

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Directors | Sarah & Pauline Maier Foundation, Inc. (non-prft) |
| 2. | Administrator | Estate ▮▮▮▮▮▮▮▮▮▮ |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Copenhaver, Jr., John T. | 09/08/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Copenhaver, Jr., John T. | 09/08/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Copenhaver, Jr., John T. | 09/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental #1, Charleston, WV 1/2 Appraisal 6/80 | A | Rent | L | Q | | | | | |
| 2. Open - no entry | | | | | | | | | |
| 3. Chase 1/2 Chkg Acct | A | Interest | J | T | | | | | |
| 4. Chase ▮ Chkg Acct | A | Interest | L | T | | | | | |
| 5. Est. ▮▮▮▮, Chase 1/2 Chkg Acct | A | Interest | K | T | | | | | |
| 6. Open - no entry | | | | | | | | | |
| 7. Est. ▮▮▮▮, 1/2 int., WesBanco stock | A | Dividend | J | T | | | | | |
| 8. Lts. ▮▮, Parsons & Poling, Chas. WV-1/2-apprs'l 6/80 | | None | J | Q | | | | | |
| 9. Parcel, ▮▮ near Bream, Kan.Co. 1/2-appraisal 6/80 | | None | J | Q | | | | | |
| 10. MorganStnlySmBrny -IRA Legg Mason Clearbridge LgCap V F CLA | B | Dividend | K | T | | | | | |
| 11. Rental #2, Charleston, WV ▮, Purchased 11/83 $42,000 | A | Rent | K | R | | | | | |
| 12. Rental #3, Charleston, WV ▮, Purchased 12/86 $30,000 | A | Rent | K | R | | | | | |
| 13. Huntington Bancshares West Virginia, Inc. - Stock | A | Dividend | K | T | | | | | |
| 14. Exxon Mobil-Stock | A | Dividend | K | T | | | | | |
| 15. Chase Svgs Acct | A | Interest | M | T | | | | | |
| 16. Fidelity Trust Fund - shares | B | Dividend | K | T | | | | | |
| 17. Chase Chkg Acct | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Copenhaver, Jr., John T. | 09/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐　NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. U.S. Series EE Bonds | A | Interest | K | T | | | | | |
| 19. Open - no entry | | | | | | | | | |
| 20. Min. Int. Kan. Co., WV - 1/16 Oil & Gas of 500 A. Poca District (X) | B | Royalty | J | W | | | | | |
| 21. Huntgn. Bank MM░░░ | A | Interest | L | T | | | | | |
| 22. Min. Int. Kan. Co. WV-1/4 of 23-3/4A, Rocky Fork App 6/80 | A | Rent | J | Q | | | | | |
| 23. Min. Int. Kan. Co., WV-1/4 of 2-3/10A, Rocky Fork App 6/80 | A | Rent | J | Q | | | | | |
| 24. Min.Int. Kan. Co. WV-1/8 of 43A, Poca River - App'l 6/80 | A | Rent | J | Q | | | | | |
| 25. Min. Int. Kan. Co. WV-1/8 of 117A, Poca R. Hills-App6/80 | A | Rent | J | Q | | | | | |
| 26. Min. Int. Kan. Co. WV-1/2 of 11/48 of 25A Poca R. App.6/80 | A | Rent | J | Q | | | | | |
| 27. Min. Int. Kan. Co. WV-1/8 of 18A Grapevine Crk. App.6/80 | A | Rent | J | Q | | | | | |
| 28. Min.Int.Kan.Co. WV-1/2 of 5/48 of 63A Tuppers Ck. App.6/80 | A | Rent | J | Q | | | | | |
| 29. Min.Int.Putnam Co., WV-1/2 of 30A Kan. Hills-App.6/80 | A | Rent | J | Q | | | | | |
| 30. Min.Int. Putnam Co., WV-1/2 of 85.25A, Kan. Hills-App 6/80 | A | Rent | J | Q | | | | | |
| 31. Min. Int. Kan. Co., WV-Tate Lease/ Columbia Gas | A | Rent | J | W | | | | | |
| 32. Min. Int. Kan. Co. 1/8 Oil & Gas of 230 A Poca River | B | Royalty | J | W | | | | | |
| 33. Neuberger & Berman Equity FDS (Focus) ░░ Mut Fd | C | Dividend | K | T | | | | | |
| 34. T. Rowe Price GNMA Fd ░░ Mut Fd | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Copenhaver, Jr., John T. | 09/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. T. Rowe Price New Income FD Inc ▮ Mut Fd | A | Dividend | K | T | | | | | |
| 36. Vanguard Fixed Income Secs Fd (GNMA) Mut Fd ▮ | B | Dividend | K | T | | | | | |
| 37. Verizon Communications stock ▮ | A | Dividend | K | T | | | | | |
| 38. Open - no entry | | | | | | | | | |
| 39. WesBanco Bank Inc Premium Yield ▮ | A | Interest | L | T | | | | | |
| 40. Babson Capital Corp Investor ▮ Mut Fd | C | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Copenhaver, Jr., John T. | 09/08/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The entry in Part VII, Item 20 is a recovery as a result of the class-action settlement in the case of PRC Holdings, LLC v. East Resources, Inc., pending in the Circuit Court of Roane County, West Virginia, resulting in payment in 2013, in addition to that which is set forth in Item 20 for the year 2013, of royalties for December 2009 and the years beginning November 2000 through September 2012 in the amount of $38,414.54.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John T. Copenhaver, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544